Rex A. Wolfgang, Esq. 0040521
Counsel for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **RICHARD ELLISON,** | ) | Case No. C-1-01-409 |
| | ) | |
| Plaintiff, | ) | Judge Dlott |
| | ) | |
| vs. | ) | |
| | ) | |
| **CITY OF CINCINNATI,** | ) | **VOLUNTARY DISMISSAL OF** |
| | ) | **CITY OF CINCINNATI** |
| Defendant, | ) | **WITHOUT PREJUDICE** |
| | ) | |
| and | ) | |
| | ) | |
| **CITY OF CINCINNATI POLICE DIVISION** | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **UNIVERSITY HOSPITAL** | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **UNIVERSITY HOSPITAL MOBILE CRISIS TEAM** | ) | |
| | ) | |
| Defendant | ) | |

Now comes Plaintiff, Richard Ellison, and hereby dismisses the City of Cincinnati, and all John Does without prejudice. Costs to Plaintiff.

THE LAW OFFICE OF
REX A. WOLFGANG
246 HIGH STREET
HAMILTON, OHIO 45011
TEL. (513) 868-2731
FAX (513) 868-1190
E-MAIL rawolfgan@aol.com

          Respectfully Submitted,

Rex A. Wolfgang (#0040521)
The Law Office of Rex A. Wolfgang
246 High Street
Hamilton, OH  45011
513-868-2731
513-868-1190 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Voluntary Dismissal of City of Cincinnati Without Prejudice was sent to Mike Harmon, Esq., City Hall, 801 Plum Street, Cincinnati, Ohio 45202 and Kent Wellington, Esq., Graydon Head & Ritchey LLP, 1900 Fifth Third Center, 511 Walnut Street, Cincinnati, Ohio 45202-3157 by U.S. Mail on the 4th day of September, 2003.

Rex A. Wolfgang (#0040521)

THE LAW OFFICE OF
REX A. WOLFGANG
246 HIGH STREET
HAMILTON, OHIO 45011
TEL. (513) 868-2731
FAX (513) 868-1190
E-MAIL rawolfgan@aol.com