IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| RICHARD ELLISON, | |
| Plaintiff(s) | Case Number: C-1-01-409 |
| vs. | District Judge Susan J. Dlott |
| CITY OF CINCINNATI, et al, | |
| Defendant(s) | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that defendant University Hospital's motion for summary judgment is GRANTED (Doc. 35)

. . . that plaintiff dismisses defendants City of Cincinnati and all John Does (Doc. 36)

9/5/03                                                          Kenneth Murphy, Clerk

                                                                s/Stephen Snyder
                                                                Deputy Clerk

Pursuant to S. D. Ohio Civ. R. 79.2(a) and (b), all models, diagrams, depositions, photographs, x-rays and other exhibits and materials filed or offered in evidence shall be withdrawn by counsel without further Order within six (6) months after final termination of the action. All materials not withdrawn shall be disposed of by the Clerk as waste.