Rex A. Wolfgang, Esq. 0040521<br>
Counsel for Plaintiff/Appellant

### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| **RICHARD ELLISON,** | Case No. C-1-01-409 |
| Plaintiff/Appellant, | Judge Dlott |
| vs. | |
| **CITY OF CINCINNATI,** | **NOTICE OF APPEAL** |
| Defendant/Appellee, | |
| and | |
| **CITY OF CINCINNATI POLICE DIVISION** | |
| Defendant/Appellee, | |
| and | |
| **UNIVERSITY HOSPITAL** | |
| Defendant/Appellee, | |
| and | |
| **UNIVERSITY HOSPITAL MOBILE CRISIS TEAM** | |
| Defendant/Appellee. | |

Now comes Richard Ellison, Plaintiff to give Notice of Appeal of the Order of August 6, 2003 of the United States District Court. This Appeal is made to the Sixth Circuit Court of Appeals.

THE LAW OFFICE OF
REX A. WOLFGANG
246 HIGH STREET
HAMILTON, OHIO 45011
TEL. (513) 868-2731
FAX (513) 868-1190
E-MAIL rawolfgan@aol.com

Respectfully Submitted,

_____
**Rex A. Wolfgang (#0040521)**
The Law Office of Rex A. Wolfgang
246 High Street
Hamilton, OH  45011
513-868-2731
513-868-1190 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Notice of Appeal was sent to Mike Harmon, Esq., City Hall, 801 Plum Street, Cincinnati, Ohio 45202 and Kent Wellington, Esq., Graydon Head & Ritchey LLP, 1900 Fifth Third Center, 511 Walnut Street, Cincinnati, Ohio 45202-3157 by U.S. Mail on the 4th day of September, 2003.

_____
**Rex A. Wolfgang (#0040521)**

THE LAW OFFICE OF
REX A. WOLFGANG
246 HIGH STREET
HAMILTON, OHIO 45011
TEL. (513) 868-2731
FAX (513) 868-1190
E-MAIL rawolfgan@aol.com

```
Fri Sep  5 09:39:26 2003

UNITED STATES DISTRICT COURT
       CINCINNATI, OH

Receipt No.   100 420071
Cashier          ah1

Tender Type   CHECK

Check Number: 1199

Transaction Type  Y

DO Code    Div No      Acct
 4661        1        086900

Amount              $    105.00

REX WOLFGANG

APPEAL C-1-01-403
```

```
Fri Sep  5 09:39:26 2003

Check No.  1199
Amounts   105.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 405
```