# TRANSMISSION FORM

| | |
|---|---|
| District Court: S.D. of Ohio (Western Division) | APPEAL INFORMATION to be completed by the Sixth Circuit |
| District Court Case No: C-1-01-409 | Court of Appeals Case No: 03-4236 |
| SHORT CAPTION | |
| **RICHARD ELLISON** | Case Manager **JILL COLYER** |
| **RECEIVED SEP 1 9 2003 Leonard Green Clerk** | |
| Plaintiff/Petitioner vs. CITY OF CINCINNATI, et al., Defendant/Respondent | Date Filed: **FILED SEP 2 4 2003 LEONARD GREEN, Clerk** |
| *provide pro se address IF NOT on the docket sheet | |
| District Court Judge: Susan J. Dlott | Anything That Needs Special Attention |
| Court Reporter(s): | **Notice of Appeal (doc.#38) filed by plaintiff appealing the Order (doc.#35) and Judgment (doc.#37) entered in this matter.** |
| From Deputy Clerk: Arthur Hill | |
| Date: 9/19/2003 | |
| $105.00 Appeal Filing Fee Paid? Yes | |

### RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) (including the pre-sentence report psi)   Volume(s)

Deposition(s)   Volume(s)        Exhibit(s)   Volume(s)

Transcript(s)   Volume(s)        **Sealed**   Volume(s)

   **Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

**KENNETH J. MURPHY**
Clerk: _____
United States District Court

03 SEP 24 PM 1:59