UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 03-4236

04 JUL 23 PM 3:35

Filed: July 22, 2004

RICHARD ELLISON

    Plaintiff - Appellant

1:01cv409

v.

CITY OF CINCINNATI; CITY OF CINCINNATI POLICE DIVISION;

    Defendants

UNIVERSITY HOSPITAL, University Hospital Mobile Crisis Team

    Defendant - Appellee

### MANDATE

Pursuant to the court's disposition that was filed 6/30/04 the mandate for this case hereby issues today.

COSTS: NONE

A True Copy.

Attest:

_____
Deputy Clerk